Aakash Dalal
SBI# 792652E
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

August 8, 2024

**VIA U.S. MAIL**
Clerk of the Court
United States District Court
M.L. King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **RE:  Notice of Appeal to Third Circuit & Filing Fee**
           **Dalal v. Molinelli, et al., Civil No.: 20-1434 (MCA-LDW)**

Dear Clerk:

    Please find enclosed for filing in the matter above the following documents:

1. Notice of Appeal
2. Certification of Service

    The filing fee of $505.00 has been included herewith in the form of a check payable to "Clerk, U.S. District Court".

    Thank you for your attention to this matter.

                                               Respectfully submitted:

                                               Aakash Dalal,
                                               Plaintiff, *pro se*

Enc.

Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AAKASH DALAL,<br><br>Plaintiff,<br><br>Vs.<br><br>JOHN L. MOLINELLI, et al.,<br><br>Defendants. | Civil Action No.: 20-1434 (MCA-LDW)<br><br><br>**Notice of Appeal** |

Plaintiff Aakash Dalal hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment in the form of the Opinion and Order entered on July 31, 2024, granting all the Defendants' motions for summary judgment. *See ECF Nos. 276 & 277*.

Respectfully submitted:

Aakash Dalal,
Plaintiff, *pro se*

Dated: August 8, 2024

Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AAKASH DALAL,<br><br>                          Plaintiff,<br><br>Vs.<br><br>JOHN L. MOLINELLI, et al.,<br><br>                        Defendants. | Civil Action No.: 20-1434 (MCA-LDW)<br><br><br>**Certification of Service** |

Plaintiff Aakash Dalal states as follows:

1. I am the Plaintiff in the above-captioned matter and have full knowledge of the facts herein.

2. On August 8, 2024, I mailed copies of the enclosed documents for filing to the Clerk of the Court of the United States District Court for the District of New Jersey at 50 Walnut Street in Newark, New Jersey.

3. On August 8, 2024, I served copies of the enclosed documents to counsel for the defendants: (a) John T. Stinson, Esq. and (b) Adam Gibbons, Esq.

I certify under penalty of perjury that the foregoing statements are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

_____
Aakash Dalal,
Plaintiff, *pro se*

Dated: August 8, 2024

Aakash Dalal
792652E
215 Burlington Road South
Bridgeton, NJ 08302

**LEGAL DOCUMENTS**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 AUG 23　A 10: 13

SOUTH JERSEY NJ  080

20 AUG 2024 PM 4  L



Clerk of the Court
United States District Court
50 Walnut Street
Newark, NJ 07102

XRAYED

07102-359599